IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WELDON LACKEY,

    Plaintiff,

v.                                                                       Civ. No. 07-842 JH/RLP

UNITED STATES DEPARTMENT OF
AGRICULTURE and MIKE JOHANNS,
in his official capacity as Secretary of the
United States Department of Agriculture,

    Defendants.

ORDER

THIS MATTER comes before the Court on the Plaintiff's Objections to Magistrate Judge's Report and Recommendation, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Court shall adopt the Magistrate Judge's Report and Recommendation.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation are adopted by the Court and the decision of the United States Department of Agriculture is affirmed.

IT IS SO ORDERED.

                                                              Judith C. Herrera
                                                              United States District Judge